| | |
|---|---|
| 1 | ADAM KEATS (CA Bar No. 191157) |
| 2 | Center for Food Safety |
| | 303 Sacramento St., Second Fl. |
| 3 | San Francisco, CA 94111 |
| | Ph: (415) 826-2770 |
| 4 | Fax: (415) 826-0507 |
| | Email: akeats@centerforfoodsafety.org |
| 5 | |
| 6 | GEORGE KIMBRELL (*Pro Hac Vice*) |
| | AMY VAN SAUN (*Pro Hac Vice*) |
| 7 | Center for Food Safety |
| | 917 SW Oak St., Suite 300 |
| 8 | Portland, OR 97205 |
| | Ph: (971)-271-7372 |
| 9 | Emails: gkimbrell@centerforfoodsafety.org |
| 10 | avansaun@centerforfoodsafety.org |

*Counsel for Plaintiffs*

*Additional Counsel for Defendants Listed Below*

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY and CENTER FOR ENVIRONMENTAL HEALTH, | Case No.18-cv-4633-HSG |
| *Plaintiffs,* | |
| v. | **STIPULATED MOTION TO REVISE SCHEDULE FOR PLAINTIFFS' SUMMARY JUDGMENT REPLY BRIEF AND [PROPOSED] ORDER** |
| SONNY PERDUE, Secretary of the United States Department of Agriculture; BRUCE SUMMERS, Administrator of the Agricultural Marketing Service; and the UNITED STATES DEPARTMENT OF AGRICULTURE, | **Date: January 10, 2019** <br> **Time: 2:00 p.m.** <br> **Oakland Courthouse, Courtroom 2 – 4th Floor** <br> **Hon. Haywood S. Gilliam, Jr.** |
| *Defendants.* | |

**STIPULATED MOTION TO REVISE SCHEDULE FOR PLAINTIFFS' SUMMARY JUDGMENT REPLY BRIEF AND [PROPOSED] ORDER**

Plaintiffs filed this action on August 1, 2018, ECF No. 1, and this Court entered an order setting the initial case management conference and alternative dispute resolution deadlines. ECF No. 8. Plaintiffs filed a Motion for Summary Judgment on September 6, 2018, ECF No. 15, and on September 20, Defendants counsel appeared in the case and Defendants filed their Opposition to Plaintiffs' Motion for Summary Judgment. ECF No. 18. This case was re-assigned to Judge Gillam on September 21, 2018. ECF No. 20.

Under the schedule in the Local Rules, 7-2 and 7-3, Plaintiffs' reply brief is due September 27, 2018. However, due to uncontrollable conflicts in Plaintiffs' counsel's schedule, the Plaintiffs have requested and the Defendants have stipulated to a modest seven-day extension to that deadline, to October 4, 2018. There have not been any previous time modifications in this case, either by stipulation or by Court order, and the requested extension will not affect any other dates.

This Motion does not prejudice any party. Accordingly, the parties respectfully request a seven-day revision to the schedule.

Respectfully submitted this 21st day of September 2018.

        CENTER FOR FOOD SAFETY

        /s/ George Kimbrell
        GEORGE KIMBRELL (*Pro Hac Vice*)

        AMY VAN SAUN (*Pro Hac Vice*)
        Center for Food Safety
        917 SW Oak St., Suite 300
        Portland, OR 97205
        Ph: (971)-271-7372
        Emails: gkimbrell@centerforfoodsafety.org
                avansaun@centerforfoodsafety.org

        ADAM KEATS (CA Bar No. 191157)
        Center for Food Safety
        303 Sacramento St., Second Fl.
        San Francisco, CA 94111
        Ph: (415) 826-2770

Fax: (415) 826-0507
Email: akeats@centerforfoodsafety.org

*Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

ERIC WOMACK
Assistant Director

*/s/ Kristina A. Wolfe*
KRISTINA A. WOLFE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-4519
Fax: (202) 616-8470
Email: kristina.wolfe@usdoj.gov

*Counsel for Defendants*

# [PROPOSED] ORDER REVISING SCHEDULE FOR PLAINTIFFS' SUMMARY JUDGMENT REPLY BRIEF

This matter comes before the Court on the parties' "Stipulated Motion to Revise Schedule for Plaintiffs' Summary Judgment Reply Brief," filed in 18-cv-4633-HSG. The request is GRANTED, and the Plaintiff's Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment is due October 4, 2018.

Dated this 24th day of September 2018.

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Judge