UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SONNY PERDUE, et al.,<br><br>　　　　　　Defendants. | Case No. 18-cv-04633-HSG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 33 |

　　　The Court **GRANTS** Plaintiffs' Request for Voluntary Dismissal, Dkt. No. 33. The case is hereby **DISMISSED** with prejudice. The clerk is directed to close the case.

　　　**IT IS SO ORDERED.**

Dated: 1/7/2019

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge